02-10-428-CR












 
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-428-CR 

 


 
 
 William Smith
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

------------

 

FROM THE 362nd District Court OF DENTON COUNTY

------------

MEMORANDUM
OPINION[1]
AND JUDGMENT

----------

         
We have considered AAppellant’s
Withdrawal Of Notice Of Appeal.@  The motion
complies with rule 42.2(a) of the rules of appellate procedure.  See
Tex. R. App. P. 42.2(a). 
No decision of this court having been delivered before we received this motion,
we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                  
PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: 
March 10, 2011



 









[1]See Tex. R. App. P. 47.4.